**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known) For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **EL PIEX PUERTORRIQUENO, INC.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  A LA ORDEN DISCOUNT** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0389254** |

4. Debtor's address

**Principal place of business**

**#75 CALLE FRANK BERCERRA
TRES MONJITAS
SAN JUAN, PR 00918-1318**
Number, Street, City, State & ZIP Code

**SAN JUAN**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **EL PIEX PUERTORRIQUENO, INC.** _____   Case number (_if known_) _____
        Name

**7.   Describe debtor's business**   *A. Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

■   None of the above

*B. Check all that apply*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.naics.com/search/.
    **0499**

**8.   Under which chapter of the
Bankruptcy Code is the
Debtor filing?**   *Check one:*

☐   Chapter 7

☐   Chapter 9

■   Chapter 11.  *Check all that apply:*

☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after
that).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small
business debtor, attach the most recent balance sheet, statement of operation, cash-flow
statement, and federal income tax return or if all of these documents do not exist, follow the
procedure in 11 U.S.C. § 1116(1)(B).

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
*attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11*
(Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9.   Were prior bankruptcy
cases filed by or against
the debtor within the last 8
years?**

■   No.

☐   Yes.

If more than 2 cases, attach a
separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.   Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?**

☐   No

■   Yes.

List all cases. If more than 1,
attach a separate list

| | Debtor | **LAS AMERICAS 74-75, INC.** | Relationship to you | **AFFILIATE** |
|---|---|---|---|---|
| | District | **SAN JUAN, PR** | When   **3/02/15** | Case number, if known   **15-01527** |

Debtor   **EL PIEX PUERTORRIQUENO, INC.**                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (*if known*) _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known)
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on **February 4, 2016**
MM / DD / YYYY

X _____     OMAR GUZMAN
Signature of authorized representative of debtor     Printed name

Title **VICE-PRESIDENT**

| | |
|---|---|
| **18. Signature of attorney** | X _____     Date **February 4, 2016** |
| | Signature of attorney for debtor     MM / DD / YYYY |

**CARMEN D. CONDE TORRES**
Printed name

**C. CONDE & ASSOC.**
Firm name

**254 SAN JOSE STREET**
**5TH FLOOR**
**SAN JUAN, PR 00901-1523**
Number, Street, City, State & ZIP Code

Contact phone **787-729-2900**     Email address _____

**207312**
Bar number and State

### CORPORATE RESOLUTION
### OF
### BOARD OF DIRECTORS

I, Analí Guzmán, of legal age, married, Secretary of El Piex Puertorriqueño, Inc., d/b/a A la Orden Discount, resident of San Juan, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on February 4, 2016 the Board of Directors of El Piex Puertorriqueño, Inc., d/b/a A la Orden Discount was authorized to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That the Board of Directors agreed that bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Omar Guzmán will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and to represent the company in any other matter and/or documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 4th day of February, 2016

El Piex Puertorriqueño, Inc., d/b/a A la Orden Discount

By: _____ Secretary
Analí Guzmán

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **EL PIEX PUERTORRIQUENO, INC.** _____

Case No. _____

_____ Debtor(s)

Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept _____   $  _____

Prior to the filing of this statement I have received _____   $  _____

Balance Due _____   $  _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____   $ _____ **20,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____  $ **SEE RATES BELOW**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■       Debtor           ☐       Other (specify):

4.  The source of compensation to be paid to me is:

    ■       Debtor           ☐       Other (specify):

5.  ■       I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
            firm.

    ☐       I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.
            A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **ALL SERVICES WILL BE BILLED UPON A FEE PER HOUR:**
        **$300.00 PER HOUR FOR CARMEN D. CONDE TORRES PLUS COST AND EXPENSES;**
        **$275.00 PER HOUR FOR ASSOCIATES PLUS COST AND EXPENSES;**
        **$250.00 PER HOUR FOR JUNIOR ATTORNEY PLUS COST AND EXPENSES;**
        **$150.00 PER HOUR FOR ASSISTANCE SUCH AS PARALEGAL, IN HOUSE SPECIAL CLERICAL SERVICES OR**
        **ACCOUNTING ANALYST PLUS COST AND EXPENSES.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re  **EL PIEX PUERTORRIQUENO, INC.**                          Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 4, 2016**
_Date_

CARMEN D. CONDE TORRES 207312
_Signature of Attorney_
**C. CONDE & ASSOC.**
**254 SAN JOSE STREET**
**5TH FLOOR**
**SAN JUAN, PR 00901-1523**
**787-729-2900  Fax: 787-729-2203**
_Name of law firm_

Fill in this information to identify the case:

Debtor name | **EL PIEX PUERTORRIQUENO, INC.**
United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALD ACQUISITION, LLC TORRE CHARDON #350 SAN JUAN, PR 00918 | | LAW SUIT | Contingent Unliquidated Disputed | | | $12,757,000.00 |
| BADILLO NAZCA ADVERTISING 1504 F.D. ROOSEVELT AVE. SAN JUAN, PR 00922 | | ADVERTISING | | | | $10,000.00 |
| BANCO DE DESARROLLO ECONOMICO DE PR PO BOX 2134 SAN JUAN, PR 00922-2134 | | | Unliquidated | | | $750,000.00 |
| CARIBE FURNITURE MFG, INC BOX 3930 BAYAMON, PR 00958 | | VENDOR | | | | $19,243.24 |
| CARLOS PAULA PO BOX 195343 SAN JUAN, PR 00919-5343 | | Legal Services | | | | $33,660.10 |
| CFSE OFICINA REGIONAL DE SAN JUAN SAN JUAN, PR 00940-2006 | | | | | | $15,782.41 |
| COMFORT DISTRIBUTORS PO BOX 6400  PMB 2525 CAYEY, PR 00737 | | VENDOR | | | | $113,113.82 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __EL PIEX PUERTORRIQUENO, INC._____

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | | MOVABLE PROPERTY TAX | | | | $386,187.16 |
| ELECTROLUX DE PR PO BOX 363287 SAN JUAN, PR 00936-3287 | | VENDOR | | | | $319,358.92 |
| IRRIZARRY RODRIGUEZ & CO. PO BOX 25070 SAN JUAN, PR 00928 | | ACCOUNTING SERVICES | | | | $51,569.62 |
| IRS CITIVIEW PLAZA NO. II GUAYNABO, PR 00968-8000 | | | | | | $5,656.85 |
| KROMA PO BOX 367304 SAN JUAN, PR 00936-7304 | | ADVERTISING | | | | $8,023.79 |
| MARIA M. BENITEZ RODRIGUEZ CALLE FRANK BECERRA #75 SAN JUAN, PR 00918-1318 | | VACATION | | | | $9,690.80 |
| MASTER DISTRIBUTORS, INC PO BOX 4817 CAROLINA, PR 00984-4817 | | VENDOR | | | | $14,602.56 |
| MUNICIPALITY OF SAN JUAN PO BOX 4355 SAN JUAN, PR 00901-4355 | | MUNICIPAL TAX | | | | $39,939.48 |
| ORIENTAL BANK & TRUST | | LAW SUIT | Unliquidated | | | $300,000.00 |
| PREPA PO BOX 363508 SAN JUAN, PR 00936-3508 | | ELECTRICITY BILL | | | | $23,670.00 |
| RATTAN DOMINICANO URB. VILLA REAL D38 VEGA BAJA, PR 00643 | | VENDOR | | | | $5,374.72 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **EL PIEX PUERTORRIQUENO, INC.**
_____ Name _____

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SIMMONS CARIBBEAN PO BOX 1401 TRUJILLO ALTO, PR 00978-1401** | | **VENDOR** | | | | **$37,893.44** |
| **SONY PUERTO RICO, INC. PO BOX 70247 SAN JUAN, PR 00936-0247** | | **VENDOR** | | | | **$20,985.88** |

EL PIEX PUERTORRIQUENO, INC.
#75 CALLE FRANK BERCERRA
TRES MONJITAS
SAN JUAN, PR 00918-1318

ARGENTIS CONSULTING
PO BOX 361002
SAN JUAN, PR 00936-1002

COMFORT DISTRIBUTORS
PO BOX 6400  PMB 2525
CAYEY, PR 00737

CARMEN D. CONDE TORRES
C. CONDE & ASSOC.
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

ARNALDO GUZMAN BERRIOS
HC-74  BOX 5396
NARANJITO, PR 00719

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

ADRIAN RIOS LOPEZ
COND. WOODLAND  921
TRUJILLO ALTO, PR 00976

BADILLO NAZCA ADVERTISING
1504 F.D. ROOSEVELT AVE.
SAN JUAN, PR 00922

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
SAN JUAN, PR 00902-4140

AG IMPORTS

BANCO DE DESARROLLO ECONOMICO
PO BOX 2134
SAN JUAN, PR 00922-2134

ELECTROLUX DE PR
PO BOX 363287
SAN JUAN, PR 00936-3287

ALD ACQUISITION, LLC
TORRE CHARDON #350
SAN JUAN, PR 00918

BERNICE SERRANO CORA
CALLE GARCIA LEDESMA #937
SAN JUAN, PR 00924

GUSTAVO WARNER ALVAREZ
1029 JAMES BOND
SAN JUAN, PR 00924

ALEJANDRINA MONTA EZ RODRIGUEZ
CALLE CITADEL #381
SAN JUAN, PR 00926

CARIBE FURNITURE MFG, INC
BOX 3930
BAYAMON, PR 00958

IRRIZARRY RODRIGUEZ & CO.
PO BOX 25070
SAN JUAN, PR 00928

ANALI GUZMAN BENITEZ
300 LAS FLORES DE MONTEHIEDRA
SAN JUAN, PR 00926

CARLOS A. DELGADO
CALLE DALIA  #42-B
CAROLINA, PR 00985

IRS
CITIVIEW PLAZA NO. II
GUAYNABO, PR 00968-8000

ANTONIO CALDERON CENTENO
EDIF #16  APTO. 158
SAN JUAN, PR 00915

CARLOS PAULA
PO BOX 195343
SAN JUAN, PR 00919-5343

IVAN VELEZ
IG-30 CALLE ASTROMELIA
BAYAMON, PR 00959

ANTONIO RAMOS REYES
PO BOX 336
CIDRA, PR 00739

CFSE
OFICINA REGIONAL DE SAN JUAN
SAN JUAN, PR 00940-2006

JORGE ROSA DUMAS
CALLE SAN LINO 1772-G
SAN JUAN, PR 00926

JOSE A. CORTES
COND. RIVER PARK   K-302
BAYAMON, PR 00961

MARIA M. BENITEZ RODRIGUEZ
CALLE FRANK BECERRA #75
SAN JUAN, PR 00918-1318

POTTER ROMER

JOSE L. FIGUEROA RODRIGUEZ
CALLE BOREAL   234
CIDRA, PR 00739

MASTER DISTRIBUTORS, INC
PO BOX 4817
CAROLINA, PR 00984-4817

PRASA
PO BOX 70101
SAN JUAN, PR 00936-8101

KROMA
PO BOX 367304
SAN JUAN, PR 00936-7304

MAYRA I. ALVAREZ VELEZ
CALLE ESTEBAN GONZALEZ
SAN JUAN, PR 00925

PREPA
PO BOX 363508
SAN JUAN, PR 00936-3508

LAS AMERICAS 74-75, INC.
CALLE FRANK BECERRA #75
SAN JUAN, PR 00918-1318

MUNICIPALITY OF SAN JUAN
PO BOX 4355
SAN JUAN, PR 00901-4355

RATTAN DOMINICANO
URB. VILLA REAL D38
VEGA BAJA, PR 00643

LUIS A. GARCIA COLLAZO
CALLE LEON FINAL
SAN JUAN, PR 00926-1710

NYVIA E. SOTO LOPEZ
CALLE 3   AE-19
TOA BAJA, PR 00949

REPUBLIC SERVICES
PO BOX 51986
TOA BAJA, PR 00950-1986

LUIS DIAZ LOPEZ
CALLE GERARDO SELLES SOLA #753
SAN JUAN, PR 00926

OMAR GUZMAN BENITEZ
300 BOULEVARD DE LA MONTA A
SAN JUAN, PR 00926-7030

ROSA I. DEL VALLE PEREZ
VILLAS DEL SOL #75
TRUJILLO ALTO, PR 00926

LUZ M. GARCIA
CALLE YABOA REAL #885
SAN JUAN, PR 00924

ORIENTAL BANK & TRUST

SIMMONS CARIBBEAN
PO BOX 1401
TRUJILLO ALTO, PR 00978-1401

MARIA E. BENITEZ RODRIGUEZ
PO BOX 8711
SAN JUAN, PR 00910-0711

ORLANDO PEREZ DIAZ
HC-01 BOX 5163
CANOVANAS, PR 00729

SONY PUERTO RICO, INC.
PO BOX 70247
SAN JUAN, PR 00936-0247

MARIA M. ABAD PUENTE
1029 JAMES BOND
SAN JUAN, PR 00924

PORFIRIO GUZMAN
CALLE FRANK BECERRA #75
SAN JUAN, PR 00918-1318

TRIALITY DISTRIBUTORS, INC.
75 FRANK BECERRA
SAN JUAN, PR 00918-1318

WORLDNET  TELECOMUNICATION
PO  BOX  70201
SAN JUAN, PR 00936-8201

**United States Bankruptcy Court**
**District of Puerto Rico**

In re    **EL PIEX PUERTORRIQUENO, INC.**                                        Case No. _____
                                                    Debtor(s)            Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the VICE-PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 4, 2016** _____        _____
                                                    **OMAR GUZMAN/VICE-PRESIDENT**
                                                    Signer/Title